UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

CHAPTER 13 PLAN (Individual Adjustment of Debts)

2nd amended plan

DEBTOR: Lazaro Mora          JOINT DEBTOR: _____          CASE NO.: 16-11440LMI
Last Four Digits of SS# XXX-8511          Last Four Digits of SS# ___

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.    $ 186.98 for months 1 to 60 in order to pay the following creditors:

Administrative:    Attorney's Fee $ 3,650.000    TOTAL PAID $ 1,200.00
                   Balance Due $ 2,450.00 payable $ 136.11/month (Months 1 to 18)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____          Arrearage on Petition Date $_____
Address: _____          Arrears Payment $_____/month (Months __ to __)
_____          Regular Payment $_____/month (Months __ to __)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None _____          Total Due $_____
                                 Payable   $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $32.17/month (Months 1 to 18) and $168.28/month (Months 19 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor will continue to pay his mortgage to Chase Bank (Account No.XXX-1580) for his homestead property located at 11834 SW 210 Terr., Miami, FL 33177.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

X_____          _____
Attorney for Debtor                Joint Debtor
Date: _____                  Date: _____

LF-31 (rev. 01/08/10)