

**ORDERED in the Southern District of Florida on September 12, 2016.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Lazaro Mora                                    Case No. 16-11440-LMI
                                                      Chapter 13

_____ Debtor(s)    /

## ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM OF JPMORGAN CHASE BANK, N.A.

This matter having been considered without hearing  upon the Debtor's Objection to Claim[s] of JPMorgan Chase Bank, N.A. [DE #__37__], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered  the basis for the objection to the claim,  it is

**ORDERED** that Debtor's objection[s] to the following claim[s] is [are] sustained:

| Claim holder | Claim No. | Disposition |
|---|---|---|
| JPMorgan Chase Bank, N.A. | 19 | The claim is allowed as filed with no distribution from the Chapter 13 Trustee. |

###

**Submitted by:**
**Robert Sanchez, P.A.,**
**355 W 49 ST,**
**Hialeah, FL 33012**
**(305) 687-8008**

Robert Sanchez, P.A shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).